# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE SIMON,** | : CIVIL ACTION NO. 1:05-CV-0543 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **RAY MOSER, et al.,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 13th day of June, 2005, upon consideration of the motion (Doc. 14), filed by defendant Rebecca Peace, to dismiss all claims in the above-captioned action against her, and of the stipulation attached thereto, and it appearing that all parties who have appeared in this case are signatories to the stipulation, see FED. R. CIV. P. 41(a), it is hereby ORDERED that the motion (Doc. 14) is GRANTED. All claims against Rebecca Peace are DISMISSED. See FED. R. CIV. P. 41(a).

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge